IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE PAGSOLINGAN, et al,      No   C 09-2709 VRW

    Plaintiffs,

                            ORDER

    v

DOWNEY SAVING & LOAN ASSN, et al,

    Defendants,

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, see 28 USC § 455(b)(4), hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

                                        _____
                                        VAUGHN R WALKER
                                        United States District Chief Judge