BRIAN C. JOHNSON (SBN 235965)
THE LAW OFFICE OF BRIAN C. JOHNSON
2135 SACRAMENTO STREET, NO. 502
SAN FRANCISCO, CA 94109
TEL. (415) 971-8421

Attorney for Plaintiffs
Catherine and Dudi Pagsolingan

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PAGSOLINGAN, an individual; and DUDI PAGSOLINGAN, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; U.S. BANK N.A.; WELLS FARGO BANK, N.A.; AMERICAN SECURITIES COMPANY; FCI LENDER SERVICES, INC.; DOE INDIVIDUALS 1 through 10, inclusive; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, <br><br>Defendants. | CASE NO.: 3:09-CV-02709 VRW SI <br><br>SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER <br><br>CASE FILED: APRIL 21, 2009 |

PLAINTIFFS CATHERINE PAGSOLINGAN AND DUDI PAGSOLINGAN hereby substitute William E. Jemmott in the place and stead of Brian C. Johnson in the above-captioned matter. By their signatures below, Brian C. Johnson and the Plaintiffs consent to and request that the court approve this substitution. As indicated in the attached proof of service, Defendants have been provided written notice of this substitution of attorney and [Proposed] order pursuant to local rule 11-5.

Dated: July 22, 2009

THE LAW OFFICE OF BRIAN C. JOHNSON

By: BRIAN JOHNSON
Attorney for Plaintiffs Catherine and Dudi Pagsolingan

I consent to the foregoing substitution of attorney.

Dated: July 22, 2009

Catherine Pagsolingan

I consent to the foregoing substitution of attorney.

Dated: July 22, 2009

Dudi Pagsolingan

I consent to the foregoing substitution of attorney.

Dated: July 24, 2009

William Jemmott, Esq.

[PROPOSED] ORDER

The Court, having considered Plaintiffs' request for substitution of attorney, HEREBY ORDERS THAT, the substitution of attorney is approved.

Dated: _____, 2009

VAUGHN R. WALKER
Judge, United States District Court

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER       PAGE 2