IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PAGSOLINGAN, *et al.*, | No. C 09-2709 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., *et al*., | |
| Defendants. | |

On June 25, 2009, defendants filed two motions to dismiss plaintiff's complaint. (Docket Nos. 10 & 12). The motion is set for hearing on September 11, 2009. Plaintiffs, who are represented by counsel, failed to oppose or respond in any way to defendants' motions. The Court orders plaintiffs' counsel to file a declaration by **September 10, 2009** stating why this case should not be dismissed for failure to prosecute. The September 11, 2009 hearing on defendants' motions to dismiss is VACATED. The Court will reschedule the hearing on the motions if necessary. Failure to comply with these deadlines will result in dismissal of plaintiffs' complaint.

**IT IS SO ORDERED.**

Dated: September 8, 2009

SUSAN ILLSTON
United States District Judge