IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE PAGSOLINGAN, *et al.*,

    Plaintiffs,
  v.

DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., *et al.*,

    Defendants.

No. C 09-2709 SI

**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Two motions to dismiss plaintiff's complaint are pending. (Docket Nos. 10 & 12). Because no opposition was filed by plaintiffs, who are represented by counsel, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. On September 10, 2009, plaintiffs' counsel, William Jemmott, filed a written response to the order, explaining that plaintiffs do want to pursue this action but stating that he planned to withdraw as their counsel. He requested that the hearing be continued for 60 days to allow plaintiffs time to find new counsel. On September 11, 2009, Mr. Jemmott filed a Notice of Substitution of Attorney executed by plaintiffs, substituting themselves in their own counsel. The Court has not yet executed the proposed order approving the substitution.

Accordingly, the hearing on defendants' motions to dismiss is continued to **Friday, November 13, 2009 at 9:00 a.m.** Plaintiffs' opposition papers are due **Friday, October 23, 2009**, and defendants' replies, if any, are due **Friday, October 30, 2009.**. If plaintiffs intend to retain new counsel, they should do so promptly in order that new counsel will be able to meet this schedule.

The Court will not execute the proposed order for substitution of counsel until October 16, 2009.

**IT IS SO ORDERED.**

Dated: September 16, 2009

SUSAN ILLSTON
United States District Judge