BRIAN JOHNSON (SBN 235965)
**LAW OFFICE OF BRIAN C. JOHNSON**
2135 SACRAMENTO STREET, NO. 502
SAN FRANCISCO, CA 94109
TEL. (415) 971-8421

Attorney for Plaintiffs
Catherine and Dudi Pagsolingan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PAGSOLINGAN, an individual; and DUDI PAGSOLINGAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; U.S. BANK N.A.; WELLS FARGO BANK, N.A.; AMERICAN SECURITIES COMPANY; FCI LENDER SERVICES, INC.; DOE INDIVIDUALS 1 through 10, inclusive; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:09-CV-02709 SI<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>CASE FILED: APRIL 21, 2009 |

PLAINTIFFS CATHERINE PAGSOLINGAN AND DUDI PAGSOLINGAN, currently prosecuting this action in pro per, would like to substitute Brian Johnson in their place and stead as counsel in the above-captioned matter.  By their signatures below, Mr. Johnson and the Plaintiffs consent to and request that the court approve this substitution.

Mr. Johnson initially represented the plaintiffs in this matter.  Because of his case load at the time, however, it was necessary for him to secure substitute counsel to represent the Plaintiffs.  Recently, Mr. Johnson learned that replacement counsel was either unwilling or unable to continue to represent Plaintiffs in this action.  Mr. Johnson has cleared his calendar, to the extent necessary, to provide plaintiffs with competent and effective representation.

As indicated in the attached proof of service, Defendants have been provided written notice of this substitution of attorney and [Proposed] order pursuant to local rule 11-5.

Dated: October 16, 2009                    THE LAW OFFICE OF BRIAN C. JOHNSON

                                                         /s/
                                           _____
                                           BY: BRIAN JOHNSON
                                           Attorney for Plaintiffs Catherine and Dudi
                                           Pagsolingan

I consent to the foregoing substitution of attorney.

Dated: October 7, 2009

                                           _____
                                           Catherine Pagsolingan

I consent to the foregoing substitution of attorney.

Dated: October 7, 2009

                                           _____
                                           Dudi Pagsolingan

## [PROPOSED] ORDER

The Court, having considered Plaintiffs' request for substitution of attorney, HEREBY ORDERS THAT, the substitution of attorney is approved.

Dated: _____, 2009              _____
                                           SUSAN ILLSTON
                                           United States District Court Judge

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                              PAGE 2

# PROOF OF SERVICE & SERVICE LIST

*Pagsolingan v. Downey Savings and Loan Association, F.A., et al; Case No. 3:09-CV-02709 SI*

I am a citizen of the United States, and an active member of the bar of the State of California. My business address is 2135 Sacramento Street, No. 502, San Francisco, California 94109. I am over the age of 18 and not a party to this action. On October 20, 2009, I served a copy of the following documents:

**SUBSTITUTION OF ATTORNEY AND [PROPOSED ORDER]**

on the following by placing a true copy thereof, with postage prepaid, in the United States mail, addressed as follows:

**Eric M. Alderete, Counsel for Downey Savings & Loan, F.A., FCI Lender Services, and U.S. Bank, N.A.**
Office of the General Counsel
Downey Savings & Loan Association, F.A.
3501 Jamboree Road
Newport Beach, CA 92660
949-509-4461
Fax: 949-725-0619

**Erik Wayne Kemp for Wells Fargo Bank, N.A. and American Securities Company**
Severson & Werson
One Embarcadero Ctr.
Suite 2600
San Francisco, CA 94111
415-398-3344 x556

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this __20th__ day of October, 2009, at San Francisco, California.


                                        _____/s_____
                                        Brian Johnson, Esq.